1

2

3

4

5

6

7

8          IN THE UNITED STATES DISTRICT COURT

9          FOR THE EASTERN DISTRICT OF CALIFORNIA

10   BILLY JOE SHELBY,

11          Plaintiff,                    No. CIV S-11-0191 EFB

12      vs.

13   MICHAEL J. ASTRUE,
     Commissioner of Social Security,
14
            Defendant.                    ORDER
15
     _____/
16

17          Plaintiff seeks judicial review of a final decision of the Commissioner of Social Security

18   denying applications for Disability Income Benefits and Supplemental Security Income under

19   Titles II and XVI of the Social Security Act.  Under the venue statute governing this action,

20   plaintiff may obtain a review of any final decision of the Secretary made after a hearing to which

21   the plaintiff was a party by commencing a civil action in the federal district court for the judicial

22   district in which the claimant resides.  42 U.S.C. § 405(g).  Plaintiff resides in Ceres, California,

23   which is located in Stanislaus County.  That county is part of the Fresno Division of the United

24   States District Court for the Eastern District of California.  *See* Local Rule 120(d).

25   ////

26   ////

1

1    Pursuant to Local Rule 120(f), a civil action which has not been commenced in the

2    proper division of a court may, on the court's own motion, be transferred to the proper division

3    of the court.  Therefore, this action will be transferred to the Fresno Division of the court.

4    Good cause appearing, IT IS HEREBY ORDERED that:

5    1.  This action is transferred to the United States District Court for the Eastern District of

6    California sitting in Fresno;

7    2.  The Clerk of Court shall assign a new case number; and

8    3.  All future filings shall bear the new case number and shall be filed at:

9    United States District Court
     Eastern District of California
10   2500 Tulare Street
     Fresno, CA 93721

11

12   DATED:  January 31, 2011.

13   EDMUND F. BRENNAN
     UNITED STATES MAGISTRATE JUDGE

14

15

16

17

18

19

20

21

22

23

24

25

26