UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BILLY JOE SHELBY, | CASE NO. 1:11-cv-00177-SMS |
| Plaintiff, | |
| v. | ORDER GRANTING PLAINTIFF'S MOTION TO PROCEED *IN FORMA PAUPERIS* |
| MICHAEL ASTRUE,<br>Commissioner of Social Security, | |
| Defendant. | (Doc. 1) |

By a motion filed January 21, 2011, Plaintiff Billy Joe Shelby seeks to proceed *in forma pauperis*. Plaintiff has submitted a declaration that makes the showing required by 28 U.S.C. § 1915(a).

Accordingly, the Court GRANTS Plaintiff's motion to proceed *in forma pauperis*.

Notwithstanding this order, the Court does not direct that service be undertaken until the Court screens the complaint in due course and issues its screening order.

IT IS SO ORDERED.

**Dated:   February 3, 2011**          /s/ Sandra M. Snyder
                                UNITED STATES MAGISTRATE JUDGE